IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-00194-P |
| | § | |
| RX PLUS LLC d/b/a RX PLUS PHARMACY, LOUISE GATTI, and ELISA VALENTI, | § § § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Galderma Laboratories, L.P. ("Galderma") files this Notice of Voluntary Dismissal without Prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and respectfully states as follows:

Galderma filed its Original Complaint (ECF No. 1) on February 28, 2020. No defendant has filed an answer, a motion for summary judgment, cross-claim or counter-claim in this action. Accordingly, Galderma dismisses this action in its entirety without prejudice.

Respectfully submitted,

/s/ David J. Drez III
David J. Drez III
State Bar No. 24007127
david.drez@wickphillips.com
Lauren K. Drawhorn
State Bar No. 24074528
lauren.drawhorn@wickphillips.com
Schyler P. Parker
State Bar No. 24092937
schyler.parker@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone:	(817) 332-7788
Facsimile:	(817) 332-7789

**ATTORNEYS FOR PLAINTIFF
GALDERMA LABORATORIES, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record this 14th day of April, 2020 through the Court's CM/ECF system.

*/s/ David J. Drez III*