# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **GALDERMA LABORATORIES, L.P.,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00194-P |
| **RX PLUS, LLC et al.,** | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Plaintiff notified the Court that it voluntarily dismissed this case without prejudice. *See* ECF No. 12. It is therefore **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED without prejudice**.

**SO ORDERED** on this **15th day** of **April, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE